# EXHIBIT "1"

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | Clarence R. Evans, Jr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Waltraud Evans | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK | | |
| Case number | | | |

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**197 West Main Street**
Street address, if available, or other description

Gouverneur    NY    13642-0000
City          State  ZIP Code

**Saint Lawrence**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $65,474.00 | $65,474.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Vacant**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
Deed Inst. No. 2004-00004658; Mtge. Inst. No. 2009-00017128

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............=>     $65,474.00

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

# EXHIBIT "2"

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Clarence R. Evans, Jr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Waltraud Evans | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 197 West Main Street Gouverneur, NY 13642  Saint Lawrence County Deed Inst. No. 2004-00004658; Mtge. Inst. No. 2009-00017128<br>Line from *Schedule A/B*: **1.1** | $65,474.00 | ■ $24,686.77<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| 2005 Ford Freestar Van Over 150,000 miles<br>Line from *Schedule A/B*: **3.1** | $2,037.50 | ■ $2,037.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Everyday household furniture and appliances<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| TVs, Laptop and Cell Phone<br>Line from *Schedule A/B*: **7.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Bicycle<br>Line from *Schedule A/B*: **9.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

# EXHIBIT "3"

Debtor 1  **Clarence R. Evans, Jr.**
      First Name    Middle Name    Last Name

Debtor 2  **Waltraud Evans**
      First Name    Middle Name    Last Name

Case number (if known) _____

| 2.2 | **Specialized Loan Servicing, LLC** | Describe the property that secures the claim: | $40,787.23 | $65,474.00 | $0.00 |

Creditor's Name

**197 West Main Street Gouverneur, NY 13642  Saint Lawrence County  Deed Inst. No. 2004-00004658; Mtge. Inst. No. 2009-00017128**

**PO Box 636005**
**Littleton, CO 80163-6005**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **First Mortgage**

Date debt was incurred  **2009**    Last 4 digits of account number  **2334**

Add the dollar value of your entries in Column A on this page. Write that number here: **$58,534.23**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$58,534.23**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
**Bank of America**
**PO Box 31785**
**Tampa, FL 33631-3785**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

# EXHIBIT "4"

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Clarence R. Evans, Jr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Waltraud Evans | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Citizens One<br><br>Description of property securing debt: 2018 Ford Ecosport 36,000 miles Will Continue | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: Specialized Loan Servicing, LLC<br><br>Description of property securing debt: 197 West Main Street Gouverneur, NY 13642 Saint Lawrence County Deed Inst. No. 2004-00004658; Mtge. Inst. No. 2009-00017128 | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

# EXHIBIT "5"

## **OFFER SHEET**

MODBUILD MANAGEMENT LLC, makes the following offer to the Chapter 7 Trustee herein to purchase the property listed below from the estate in exchange for a Trustee Deed. I agree to pay all documentary stamps and recording costs after purchasing the property below.:

Date of Offer: **October 26, 2020**

Name of Bankruptcy Debtor:  Clarence R. Evans, Jr, Waltraud Evans
Bankruptcy Case Number: 20-60922-6-dd
Property Address: 197 West Main Street, Gouverneur NY 13642-0000

Amount of Offer: **$5,000**

Any correspondence concerning this can be sent to:

ModBuild Management LLC

15476 NW 77 CT. Suite 400

Miami Lakes, FL. 33016

Name to be used on Deed:

ModBuild Management LLC. as Trustee for the Guardian Land Trust 197

Address to be used on Deed

15476 NW 77 CT. Suite 400

Miami Lakes, FL. 33016